# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois



UNITED STATES OF AMERICA
*Plaintiff*

v.

Tarvin M. Hamler, III
*Defendant(s)*

Case Number: 22-30137-SPM-002

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Tarvin M. Hamler, III ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Count 1 - Conspiracy to Distribute and Possess with Intent to District Controlled Substances: Oxycodone, Hydrocodone, and Morphine – 21:846

Count 2 – Conspiracy to Commit Burglary Involving Controlled Substances – 18:2118(d)

Counts 3 & 4 – Burglary Involving Controlled Substances – 18:2118(b) and 18:2

Date: December 14, 2022

*Issuing officer's signature*

Deputy Clerk

City and state: East St. Louis, IL

Monica A. Stump, Clerk of the Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO-442 (Rev. 11/11) Arrest Warrant MODIFIED SDIL(2/2012)